E-FILED
Wednesday, 01 August, 2018  11:27:12 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES
DISTRICT COURT CENTRAL
DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOARD OF EDUCATION OF | ) | |
| MAHOMET-SEYMOUR | ) | |
| COMMUNITY | ) | |
| SCHOOL DISTRICT NO. 3, | ) | Case No. 2:18-cv-2146 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| S.W. and K.W., individually and as parents and | ) | |
| next friends of D.W., a minor, and the | ) | |
| ILLINOIS STATE BOARD OF | ) | |
| EDUCATION | ) | |

**MOTION FOR LEAVE TO FILE ANSWER UNDER SEAL**

NOW COME Defendants, S.W. and K.W., individually and as parents and next friends of

D.W., a minor, by their attorneys, EQUIP FOR EQUALITY and hereby move for leave to file

their Answer under seal pursuant to CDIL-LR 5.10.  In support thereof the Defendants state:

1.      D.W. is a minor and the Answer contains confidential information, including medical

diagnoses, that should not be placed in any court file accessible to the public.

2.      Although D.W. is identified in the Answer only by his initials, Mahomet is a small

community with fewer than 3,000 students served by Community School District No. 3.  It is

possible that some members of the public will follow these proceedings with interest and that

D.W.'s confidential information would be exposed if the Answer were not filed under seal.

WHEREFORE, Defendants respectfully request that this Court grant its Motion For

Leave To File Answer Under Seal and accept their Answer in this matter as a "Sealed

Document."

Respectfully submitted,

S.W. and K.W., individually and as parents and
next friends of D.W., a minor

By: _/s/G. Michael Shea_____
        EQUIP FOR EQUALITY

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies the foregoing **Answer to Complaint** was filed with the Clerk of the Court on August 1, 2018 using the CM/ECF system, from which all parties of record will be notified of filing and may obtain a copy.

/s/G. Michael Shea