IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BOARD OF EDUCATION OF MAHOMET-SEYMOUR COMMUNITY SCHOOL DISTRICT NO. 3, <br><br> Plaintiff, <br><br> v. <br><br> S.W. and K.W., individually and as parents and Next friends of D.W., a minor, and the ILLINOIS STATE BOARD OF EDUCATION, <br><br> Defendants. | Case No. 2:18-cv-2146 <br><br> Judge Colin Stirling Bruce |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The Plaintiff, the Board of Education of Mahomet-Seymour Community School District No. 3, ("District"), by its attorneys, Kriha Law, LLC, hereby moves this Honorable Court to enter summary judgment in its favor. In support of its motion, the District states as follows:

1.  This is an action brought pursuant to §1415(i) of the Individuals with Disabilities Act for review of a decision and order issued by a hearing officer appointed by the Illinois State Board of Education.

2.  The hearing officer's Final Decision and Order was issued on January 29, 2018. A true and correct copy of the decision and order can be found in the Record at part 1, page 98-122, which was filed by the Illinois State Board of Education on February 1, 2019 (Docket No. 22).

3.  The subject of this motion stems from the appeal of a hearing officer's decision that the District denied student D.W. a free and appropriate public education and ordered that he be placed in a general education environment at Lincoln Trail Elementary with a non-contingent reinforcement program.

1

4. The hearing officer's decision is clearly erroneous because the non-contingent reinforcement program does not benefit D.W.

5. In addition, the general education placement at Lincoln Trail is inappropriate because D.W. is clearly a disruption to the education environment, he has made little to no academic or social progress in that environment and has exhausted the accommodations and supports of the District.

6. Therefore, the only placement left is the one that the District first recommended, the Pavilion Foundation School, which was supported by District staff unanimously.

7. The District's Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment are being filed contemporaneously herewith and are incorporated herein.

WHEREFORE, the Board of Education of Mahomet-Seymour Community School District No. 3 prays this Honorable Court enter summary judgment in its favor, reverse the hearing officer's order in its entirety, order placement at the Pavilion Foundation School or a similar therapeutic day school, award the District its costs and attorneys' fees in pursuing this appeal, and award such other and further relief as the Court deems proper and just.

Respectfully submitted,

By: s/Darcy Kriha
Attorney for District

Darcy L. Kriha  (06210325)
darcy@krihalaw.com
Kriha Law, LLC
2 Trans Am Plaza, Suite 450
Oakbrook Terrace, IL 60181
(630) 394-3790

Dated:  April 4, 2019

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she has caused the foregoing PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record this 4th day of April, 2019:

Olga Pribyl
Equip for Equality Inc.
20 N. Michigan Ave., Ste. 300
Chicago, IL 60602
312-895-7321
olga@equipforequality.org

George Michael Shea
Equip for Equality Inc
1 West Old State Capitol Plaza
Springfield, IL 62701
217-331-6120
mikes@equipforequality.org

    s/Darcy Kriha
    Attorney for District