### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| BOARD OF EDUCATION OF ) <br> MAHOMET-SEYMOUR COMMUNITY ) <br> SCHOOL DISTRICT NO. 3 ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> S.W. and K.W., individually and as ) <br> parents and next friends of D.W., a minor ) <br> ) <br> **Defendants.** ) | Case No.: 2:18-cv-2146 |

## AGREED MOTION SEEKING APPROVAL OF SETTLEMENT
## ON BEHALF OF A MINOR

**NOW COME** the Defendants, S.W. and K.W., individually and as parents and next friends of D.W., a minor, through their attorneys, to respectfully request that this Court approve settlement on behalf of the minor.

1. The Parties reached a settlement agreement that was approved by the Plaintiff School Board at a meeting on April 19, 2021. The settlement agreement is attached as Exhibit A.

2. The Parties are agreed in seeking approval of this settlement from this Court. See Exhibit A, paragraph 16.

Date: April 21, 2021

Respectfully submitted,

/s/  Olga Pribyl
One of the Attorneys for the Defendants
EQUIP FOR EQUALITY, INC.
20 N. Michigan Ave., Suite 300
Chicago, IL  60602
(312) 341-0022

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she has caused the foregoing AGREED MOTION SEEKING APPROVAL OF SETTLEMENT ON BEHALF OF A MINOR to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record this 21st day of April, 2021:

>Darcy Kriha
>Kriha Law, LLC
>2 Transam Plaza, Suite 450
>Oakbrook Terrace, IL 60181
>(708) 921-3410
>darcy@krihalaw.com

>_/s/_Olga Pribyl_____
>One of the Attorneys for Plaintiffs